IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEROME GRIMES, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>DR. ATKINS, et al.,<br><br>　　　　Defendants. | No. 10-00583 CW<br><br>ORDER RETURNING DOCUMENTS TO PLAINTIFF AND ORDERING CLERK NOT TO ACCEPT FURTHER FILINGS IN THIS CASE |

　　　On February 16, 2010, the Court issued an Order Dismissing Complaint and, on the same day, judgment was entered against Plaintiffs and the case was closed. On March 3, 2010, Plaintiff Jerome Grimes submitted a document entitled, "Informational Motion," in which he attaches what appears to be an original copy of an application to the state court for a temporary restraining order against one of his neighbors. This document does not appear to be related to case number C 10-0583 CW. On March 10, 2010, Plaintiff Jerome Grimes submitted another document entitled, "Informational Motion," which appears to be a copy of a document Plaintiff submitted in his state court case. This document also is not related to case number C 10-0583 CW. Furthermore, case number C 10-0583 CW has been closed. Therefore, the Clerk of the Court

shall return these documents to Plaintiff.  The Clerk of the Court is directed to return to Plaintiff any other documents he attempts to file in this closed case.

    IT IS SO ORDERED.

Dated: 3/23/2010

_____
CLAUDIA WILKEN
United States District Judge

2

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

GRIMES et al,

        Plaintiff,

v.

ATKIN et al,

        Defendant.

Case Number: CV10-00583 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 23, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jerome L. Grimes
263 Vernon Street
San Francisco, CA 94132

Dated: March 23, 2010

        Richard W. Wieking, Clerk
        By: Sheilah Cahill, Deputy Clerk

3